No. 6806.—MANESCAU, aplda. v. MANESCAU, etc., apltes.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Febrero 28, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, dictada sentencia en este caso el 27 de octubre, 1933, declarando la demanda con lugar, la demandada apeló, radicando la transcripción en septiembre 4, 1934; y

POR CUANTO, la parte apelada ha solicitado la desestimación del recurso por frívolo por moción cuya vista se celebró el 11 de febrero actual sin asistencia de las partes y volvió a celebrarse el 25 de febrero para dar una nueva oportunidad de defenderse a la apelante, sin que tampoco concurriera; y

POR CUANTO, examinada la transcripción de los autos resulta que se trata de una acción en cobro de cánones de arrendamiento de solares habiendo la demandante presentado prueba documental y testifical suficiente, limitándose la demandada a contradecirla con su propia declaración, resolviendo la Corte el conflicto en contra de la demandada sin que surja la existencia de pasión, prejuicio, parcialidad o manifiesto error;

POR TANTO, se declara la moción con lugar y en su consecuencia se desestima, por frívolo, el recurso.